IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JERRY RAY HALL, )
)
    Plaintiff, )
v. ) Civil Action No. 3:18CV838–HEH
)
UNKNOWN, )
)
    Defendant. )

## MEMORANDUM OPINION
### (Dismissing Action Without Prejudice)

By Memorandum Order entered on December 13, 2018, the Court directed the Clerk to mail a standardized form for filing a 42 U.S.C. § 1983 complaint to Plaintiff and instructed Plaintiff to complete and return the form if he wished to file a complaint at this time. The Court explained that if Plaintiff failed to take any action within that time, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b).

More than fourteen (14) days have elapsed and Plaintiff has not completed and returned the § 1983 form. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                              /s/
                        HENRY E. HUDSON
Date: January 14, 2019    SENIOR UNITED STATES DISTRICT JUDGE
Richmond, Virginia